Chas. H. Asche & Co., Inc. v. United States

**No. 6423.**—Invoices dated Nottingham, England, September 1943, etc.
Entered at New York, N. Y., October 18, 1943, etc.
Entry No. 711437, etc.

(Decided October 7, 1946)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Tilson, Judge: Counsel for the respective parties have agreed in effect that the issues involved in the appeals listed in schedule A, hereto attached and made a part hereof, are the same in all material respects as the issues decided in *United States* v. *Pitcairn*, C. A. D. 334, and the record in that case has been omitted in evidence herein.

Applying the principles announced in the *Pitcairn* case, *supra*, to the facts in these appeals, I find and hold the proper dutiable export values of the merchandise to be the values found by the appraiser, less any amounts added under duress to meet advances made by the appraiser in similar cases then pending on appeal.

Judgment will be rendered accordingly.

Abraham & Straus, Inc., et al. v. United States

**No. 6424.**—Invoices dated London, England, October 1944, etc.
Certified October 1944, etc.
Entered at New York, N. Y., December 9, 1944, etc.
Entry No. 715307, etc.

(Decided October 7, 1946)

*Siegel, Mandell & Davidson* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

Tilson, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the issues involved herein are similar in all material respects to the issues decided in *United States* v. *Pitcairn*, C. A. D. 334, and the record therein has been admitted in evidence in this case.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by these appeals to be the values found by the appraiser, less any amounts added under duress to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.